**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

TAVON R. WRIGHT,

    Plaintiff,

v.

CITY OF SAVANNAH; and DET. KEVIN FIKES,

    Defendants.

CIVIL ACTION NO.: 4:17-cv-195

FILED
Scott L. Poff, Clerk
United States District Court

*By tblanchard at 1:01 pm, Jan 15, 2019*

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation of October 22, 2018, (doc. 10), to which the parties did not file objections. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** all claims against the City of Savannah and **DISMISSES** Plaintiff's false arrest and conditions of confinement claims against Detective Fikes for failure to state a claim. Plaintiff's malicious prosecution claim against Detective Fikes shall proceed.

**SO ORDERED**, this 15th day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA