# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TAVON R. WRIGHT, | |
| Plaintiff, | CIVIL ACTION NO.: 4:17-cv-195 |
| v. | |
| KEVIN FIKES, | |
| Defendant. | |

## **O R D E R**

This matter is before the Court on Defendant Kevin Fikes' failure to comply with his Federal Rule of Civil Procedure 12(a) obligation to timely answer or serve a responsive pleading. Plaintiff filed this action on October 18, 2017. (Doc. 1.) Thereafter, the Court granted Plaintiff *in forma pauperis* status and directed the United States Marshal to serve Defendant Fikes' with Plaintiff's Complaint. (Doc. 10.) The Marshal then filed a Waiver of Service, executed by Defendant Fikes on December 18, 2018. (Doc. 11.) Pursuant to that Waiver, Defendant Fikes was to respond to Plaintiff's Complaint within sixty days of November 7, 2018. (Id. at p. 2.) However, Fikes has never filed an Answer or other pleading in this case. Accordingly, the Clerk of Court entered default as to Fikes on January 17, 2019. (Doc. 14.)

Plaintiff has not taken any action in this case since the entry of default. If Plaintiff intends to seek entry of a default judgment against Defendant under Federal Rule of Civil Procedure 55(b), Plaintiff must file a Motion requesting a default judgment in compliance with the requirements of Rule 55 within **twenty-one (21) days** of the date of this Order. If Plaintiff does not timely move for default judgment or otherwise endeavor to prosecute his cause of action, the Court may dismiss

this case for failure to prosecute and failure to follow this Court's Order.

**SO ORDERED**, this 6th day of May, 2019.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA