# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TAVON R. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-195 |
| | ) | |
| CITY OF SAVANNAH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In January, the Court informed plaintiff that an evidentiary hearing would be required to determine the amount of damages he suffered, before a default judgment could be entered. *See generally* doc. 18. Plaintiff responded to that Order identifying several potential bases for damages, including: (1) his incarceration for seven days; (2) deprivation of food, water, medication, and access to sanitation facilities while incarcerated; (3) emotional pain and suffering; (4) loss of the apartment he rented; and (5) ongoing seizure of his personal property, specifically a firearm. *Id.* at 1-2. He also reiterated his previous demand for "$30,000,000 or $10,000 / hour for every hour locked up, and $10,000 / hour for every hour my pistol was in evidence." *Id.* at 3.

1

In its January Order, the Court directed the Clerk to mail a copy of the Order to defendant Fikes. Doc. 18 at 3-4. Due to administrative oversight, that notice was not mailed to Fikes until March 3, 2020. Regardless of the date of mailing, the fourteen-day response period has now expired. Fikes has not responded. It had been the Court's intent to schedule a hearing on this matter, but the ongoing COVID-19 pandemic dictates that the hearing be postponed. *See In re COVID-19 Public Health & Safety*, MC120-004 (S.D. Ga. March 17, 2020). Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** the pending motion, doc. 17, until April 17, 2020. At that time, the motion should be placed back on the Court's active docket. At that time, the Court will reassess the situation and enter a further order.

**SO ORDERED,** this <u>23rd</u> day of March, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA