AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TAVON R. WRIGHT,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17-cv-195

CITY OF SAVANNAH, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated March 26, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of the Court. The Court GRANTS Plaintiff's motion for default judgment. Judgment is entered in favor of Plaintiff, Tavon R. Wright and against Defendant, Kevin Fikes in the sum of $40,251.00.  This case stands closed.

Approved by: _____

March 30, 2021
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03